**LAW OFFICE OF RUDY VELEZ & ASSOCIATES**
930 GRAND CONCOURSE, STE 1A
BRONX, NY 10451
(917) 674-0573
RVESQ@YAHOO.COM

April 14, 2025

BY ECF
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re:  <u>Bacilio Torres .. v. City of New York. et al. 24-cv-5326 (AKH)</u>

**Your Honor:**

I am Counsel for plaintiff in the above-entitled action. I write to inform the Court that the parties have reached a settlement to resolve this matter. The City is in the process of drafting the necessary settlement documents and expects to be able to send them to my office within the next week. To that end, it is respectfully requested that all conferences and deadlines be canceled sine die. .

Thank you for your consideration herein.

Very truly yours

*Rudy Velez*
Rudy Velez, Esq

**Attorney for Bacilio Torres**

**CC: BY ECF**
**All Attorneys of record**

A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

*Alvin K. Hellerstein*
Alvin K. Hellerstein, U.S.D.J.
Date: 4-15-2025

1