UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

BACILIO TORRES,

                                             Plaintiff,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT, AND JOSEPH FRANCO,

                                             Defendant.
------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

24 Civ. 5326 (AKH)

**WHEREAS**, plaintiff and defendants City of New York and The New York City Police Department have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: New York, New York
       5/13       , 2025

LAW OFFICE OF RUDY VELEZ
*Attorneys for Plaintiff*
930 Grand Concourse, Suite 1A
Bronx, NY 10451
917-674-0573

By: ___/s/ Rudy Velez/___
    Rudy Velez
    *Attorney for Plaintiff*

MURIEL GOODE-TRUFANT
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York,
The New York City Police Department*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Rachel Seligman
    *Senior Counsel*

SO ORDERED:

_____
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2025

2